# United States District Court
# For The Western District of North Carolina
# Asheville Division

Thomas Lewis Parks,

    Plaintiff(s),

vs.

Alvin Keller,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:10cv77

DECISION BY COURT. This action having come before the Court by Order and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 4/19/10 Order.

4/19/10

Signed: April 19, 2010

Frank D. Johns, Clerk
Title of Signing Officer
United States District Court